UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN OKOYE,<br><br>      Plaintiff,<br><br>  v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, et al.,<br><br>      Defendants. | Case No. 17-cv-00668-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Williams v. Bristol-Myers Squibb Co.*, Case No. 16-cv-7152.  (*See* Dkt. No. 5.)

**IT IS SO ORDERED.**

Dated: February 13, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge