UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS COMPANY, et al.,<br><br>    Defendants. | Case No. 17-cv-00661-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**<br><br>Re: Dkt. No. 1 |

On February 9, 2017, Defendants removed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jon S. Tigar to determine whether it is related to *Williams et al. v. Bristol-Myers Squibb Co. et al.*, Case No. 3:16-cv-7152-JST.

**IT IS SO ORDERED.**

Dated: March 20, 2017

_____
Donna M. Ryu
United States Magistrate Judge