TIMOTHY M. CLARK (Bar No. 284447)
*tclark@thesandersfirm.com*
LAUREN A. WELLING (Bar No. 291813)
*lwelling@thesandersfirm.com*
**SANDERS PHILLIPS GROSSMAN, LLC**
2860 Michelle Drive, Suite 220
Irvine, CA 92606
Telephone: +1 877 480 9142
Facsimile: +1 213 330 0346

Attorneys for Plaintiffs

DONALD F. ZIMMER, JR. (Bar No. 112279)
*fzimmer@kslaw.com*
WILLIAM E. STEIMLE (Bar No. 203426)
*wsteimle@kslaw.com*
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: +1 415 318 1200
Facsimile: +1 415 318 1300

Attorneys for Defendants
BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS LP, and MCKESSON CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

CAROLYN WILLIAMS,

Plaintiff,

v.

ASTRAZENECA PHARMACEUTICALS LP, et al.,

Defendants.

AND RELATED ACTION:

*Michael Martin v. Bristol-Myers Squibb Company, et al.*,
Case No. 4:17-cv-00661-JST

Case No.: 3:16-CV-07152-JST

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1**

Judge: Honorable Jon S. Tigar

WHEREAS, a case management conference is scheduled for February 7, 2018, at 2:00 p.m. in this case and the related *Martin* case;

WHEREAS, the parties are unavailable due to pre-scheduled commitments on February 1-2, 5-9, 12-15, 20-23, and 26-28, 2018;

WHEREAS, the parties are available to conduct the above-referenced conference on February 16, March 1-2, and March 5-9, 2018;

WHEREAS, on October 11, 2017, plaintiffs filed with the Judicial Panel on Multidistrict Litigation ("JPML") a motion to transfer for coordinated and consolidated pretrial proceedings;

WHEREAS, the JPML heard the motion to transfer on January 25, 2018, but has not yet issued a ruling on it;

WHEREAS, the parties believe that the items to be discussed at a case management conference at this time are limited and postponing the case management conference until after the ruling of the JPML would promote judicial efficiency and economy;

**NOW, THEREFORE, the Parties stipulate as follows**:

The case management conference scheduled for February 7, 2018, be continued to a date convenient for the Court on February 16, March 1-2, or March 5- 9, 2018 at 2:00 p.m. or another time convenient for the Court.

**IT IS SO STIPULATED.**

DATED: January 30, 2018

**SANDERS PHILLIPS GROSSMAN, LLC**

By: /s/ Timothy M. Clark
Timothy M. Clark
Lauren Welling
Attorneys for Plaintiffs

DATED: January 30, 2018

**KING & SPALDING LLP**

By: /s/ William E. Steimle
Donald F. Zimmer, Jr.
William E. Steimle
Attorneys for Defendants

**Signature Attestation (N.D. Cal. L.R. 5-1(i)(3))**

I, William E. Steimle, attest that concurrence in the filing of this document has been obtained from each signatory whose ECF user ID and password are not being used in the electronic filing of this document.

Having considered Plaintiffs' and Defendants (collectively, the Parties') Stipulation for Order to Continue the February 7, 2018 case management conference, and good cause appearing, the Parties' Stipulation is **GRANTED**.

The February 7, 2018 case management conference is continued to ~~[ February 16 or~~ March 7, 2018.

**IT IS SO ORDERED.**

DATED: February 1, 2018

HONORABLE JON S. TIGAR
United States District Judge